**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**CL**

| | |
|---|---|
| DAVID HECKNER and ANDREA HECKNER, and ROBIN BARDSLEY individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LG ELECTRONICS USA, INC,;<br><br>Defendant. | Case No. 2:22-cv-06629<br><br>**CLASS ACTION**<br><br>**DEMAND FOR JURY TRIAL** |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

PLEASE TAKE NOTICE THAT pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs David and Andrea Heckner, and Robin Bardsley, hereby dismiss without prejudice all causes of action in the Class Action Complaint ("Complaint"). Defendant has not filed a Motion for Summary Judgment in this action or an Answer to the Complaint.

**DATED:** February 23, 2023

Respectfully submitted,

*/s/ Zoe Aaron*
Zoe Aaron (350342021)
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
405 E 50th Street
New York, NY 10022
Tel: 856-938-9023
zaaron@milberg.com

1

Gary Klinger
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Ste. 2100
Chicago, IL 60606
Tel: (847)-208-4585
gklinger@milberg.com

**SO ORDERED.**
<u>s/ Stanley R. Chesler</u>
2-24-2023

Nick Suciu III
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 48301
Tel.:(313) 303-3472
Fax:(865) 522-0049
nsuciu@milberg.com

Daniel O. Herrera
Edward A. Khatskin
**CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP**
135 S. LaSalle Street, 3210
Chicago, IL 60603
Tel.: (312) 782-4880
Fax: (312) 782-7785
dherrera@caffertyclobes.com
ekhatskin@caffertyclobes.com

Bryan L. Clobes
**CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP**
205 N. Monroe St.
Media, PA 19063
Tel. (215) 864-2800
Fax (215) 964-2808
bclobes@caffertyclobes.com

***Counsel for Plaintiffs and the Putative
Class***